## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 17 EAL 2015
:
                  Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
          v. :
:
:
:
SHAMUS ARMSTED, :
:
                  Petitioner :

## ORDER

**PER CURIAM**

      **AND NOW**, this 12th day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.